# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

HENCO ENERGY-RICK HENDRIX ENERGY LLC et a )
*Plaintiff* )
v. ) Case No. 3:22-cv-00603
POWER RENTAL SOLUTIONS, LLC et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Henco Energy-Rick Hendrix Energy, LLC and Dr. Richard Hendrix .

Date: 10/12/2022

*Attorney's signature*

Peter C. Robison, TN BPR #027498
*Printed name and bar number*

Cornelius & Collins, LLP
211 Athens Way, Suite 200
Nashville, TN 37228
*Address*

pcrobison@cclawtn.com
*E-mail address*

(615) 244-1440
*Telephone number*

(615) 254-9477
*FAX number*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 12, 2022, a copy of the foregoing pleading has been sent via the Court's CM/ECF system to the following:

Diogu Kalu Diogu II, LL.M.
DIOGU LAW FIRM, PLLC
4726 Gainsborough Drive
Brookshire, TX 77423
Phone: 713-791-3225
Fax: 832-408-7611
Email: <u>diogu.diogu.law.firm@gmail.com</u>

*Lead Counsel for Plaintiffs Henco Energy-Rick Hendrix Energy, LLC
and Dr. Richard Hendrix*

                *s/ Peter C. Robison*
                Peter C. Robison